# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | NANCY CAROL WHEELER |
| **Case Number:** | 2:10-bk-01693-RJH  **Chapter:** 13 |
| **Date / Time / Room:** | MONDAY, OCTOBER 18, 2010 10:00 AM  6TH FLOOR #603 |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES |
| **Courtroom Clerk:** | JANET SMITH |
| **Reporter / ECR:** | SHERI FLETCHER |

## *Matter:*

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY DEUTSCHE BANK

**R / M #:** 33 / 0

## *Appearances:*

BERT L ROOS, ATTORNEY FOR NANCY CAROL WHEELER
KEVIN NELSON, ATTORNEY FOR MOVANT

## *Proceedings:*

Mr. Nelson stated the movant has not received a new request for loan modification other than the one that was denied in May of 2010.

Mr. Roos responded advising he submitted a loan modification on behalf of the debtor in September 2010. He further advised the debtor has been paying on the mortgage and he believes the debtor is current.

COURT: IT IS ORDERED DIRECTING PARTIES TO EXCHANGE DOCUMENTS REGARDING PAYMENTS. IT IS ORDERED SETTING AN EVIDENTIARY HEARING ON NOVEMBER 10, 2010 AT 3:30 PM ALLOWING 1 HOUR. PARTIES ARE DIRECTED TO FILE A JOINT PRE-TRIAL STATEMENT ON NOVEMBER 4, 2010.